# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:24-cv-00708-PSG(SHKx)  Date August 23, 2024

Title: Bao Zhang et al v. United States Citizenship and Immigration Services et al

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Derek Davis | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  
Not Present

Attorneys Present for Defendants:  
Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated June 10, 2024 [dkt #10].

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other   The Court orders the case administratively closed.

☐ Entered _____.

Initials of Preparer   DD